# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

PROLACTO MICH FLORIDA, LLC
a Florida limited liability company,

        Plaintiff,

vs.                                        Civil Complaint No. 2:17-cv-00658-FtM-29CM

LA MEJOR MICHOACANA ICE CREAM,
INC. a Florida corporation, and VALERIO
MIGUEL, an individual.

        Defendants.
_____

## Amended Motion for Admission Pro Hac Vice

I, Stephen L. Anderson, in support of my Application for Special Admission to Practice Pro Hac Vice as Plaintiff's co-counsel, hereby declare as follows:

1. I am a member in good standing of the following United States District Courts:

The United States District Court for the Central District of California;

The United States District Court for the Southern District of California; and

The United States District Court for the Northern District of California.

2. Pursuant to Local Rule 2.02(a) I hereby designate the following members of this Court to act on my behalf, and to receive all notice and papers and who will be responsible for the progress of this case, including trial, if necessary:

Edward M. Livingston (FBN 251879) and Bryan M. Loeffler (FBN 852341) and Erica L. Loeffler (FBN 852201) of Livingston Loeffler, P.A., 963 Trail Terrace Dr., Naples, Florida 34103-2329. Office: 239-262-8502; Fax: 239-261-3773; Email: ed@lliplaw.com, bryan@lliplaw.com.

3. I certify that I have read this Court's Local Civil Rules. I have paid this Court's Special Admission Fee of $150.00. I have obtained and login and password (or will obtain a login and password) to participate in the Middle District of Florida's Case Management/ ECF system.

4. I have also filed this Court's Special Admission Attorney Certification.

Date: January 26, 2018        __s/*Stephen L. Anderson/*_____

    STEPHEN L ANDERSON
    Anderson Law
    31285 Temecula Parkway, Suite 240
    Temecula, CA 92592
    (951) 296-1700
    (951) 296-0614
    CBN 150860
    PRO HAC VICE APPLICATION pending
    Attorney for Plaintiff

Consented to By: *s/Bryan L. Loeffler/*

Edward M. Livingston, Esq.
Florida Bar No. 251879
Reg. Patent Atty. No. 28,523
ed@lliplaw.com

Bryan L. Loeffler, Esq.
Florida Bar No. 852341
bryan@lliplaw.com

Erica L. Loeffler, Esq.
Florida Bar No. 852201
erica@lliplaw.com

LIVINGSTON LOEFFLER, P.A.
963 Trail Terrace Dr.
Naples, FL 34103
(239) 262-8502
(239) 261-3773 (fax)

Attorneys for Plaintiff