```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

PROLACTO MICH FLORIDA, LLC,
a Florida limited liability
company,

      Plaintiff,

v.                                   Case No:  2:17-cv-658-FtM-29CM

LA MEJOR MICHOACANA ICE CREAM, INC., a Florida Corporation and VALERIO MIGUEL, an individual,

      Defendants.

## ORDER

This matter comes before the Court on plaintiff's Request for Dismissal of Complaint and retention of Court Jurisdiction to Enforce the Permanent Injunction (Doc. #28) filed on January 17, 2019. Plaintiff seeks to dismiss all claims, with each side to bear their own costs and attorney fees, and with the Court retaining jurisdiction over the Stipulated Permanent Injunction and Order of Stay of Action Pending Completion of Settlement (Doc. #25) entered on May 31, 2018. A request for dismissal of the case while maintaining a permanent injunction would be inconsistent. Instead, the Court will dismiss all outstanding claims for damages in the Complaint not addressed by the Stipulated Permanent Injunction, and retain jurisdiction over the Stipulated Permanent Injunction for purposes of enforcement.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Request for Dismissal of Complaint and retention of Court Jurisdiction to Enforce the Permanent Injunction (Doc. #28) is **GRANTED IN PART.**

2. The Clerk shall enter judgment dismissing any claim for damages not covered by the Stipulated Permanent Injunction (Doc. #25), with each party to bear their own attorney fees and costs, and the Court retains jurisdiction over the Stipulated Permanent Injunction (Doc. #25).

3. The Clerk is further directed to terminate all deadlines and motions, and to close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __22nd__ day of January, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record